# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR98 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEROME ELLIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of Donald B. Fiedler to withdraw as counsel for Jerome Ellis (Ellis). Mr. Fiedler seeks to withdraw for health reasons. The motion is granted. Mr. Fielder has the court's permission to withdraw and substitute counsel will be appointed.

John J. Velasquez, 13057 West Center Road, Suite 17, Omaha, NE 68144, (402) 334-1400, is appointed to represent Ellis for the balance of these proceedings pursuant to the Criminal Justice Act. The clerk shall provide a copy of this order to Office of the Federal Public Defender.

Mr. Fiedler shall forthwith provide Mr. Velasquez with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Fiedler which are material to Ellis's defense.

**IT IS SO ORDERED.**

DATED this 3rd day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge